No. 247. BOARD OF COMMISSIONERS OF WILKES COUNTY ET AL., PETITIONERS, *v.* W. N. COLER & Co. March 9, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *Mr. A. C. Avery* for petitioners. *Mr. John F. Dillon, Mr. Charles Price, Mr. Harry Hubbard* and *Mr. John M. Dillon* for respondents.

---

No. 457. DAVID R. JULIAN, SHERIFF, ETC., ET AL., PETITIONERS, *v.* CENTRAL TRUST COMPANY ET AL. March 9, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *Mr. A. C. Avery, Mr. Lee S. Overman* and *Mr. C. A. Mountjoy* for petitioners. *Mr. Charles Price* for respondents.

---

No. 612. ALPHONSE EMSHEIMER, PETITIONER, *v.* CITY OF NEW ORLEANS. March 9, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. D. Rouse, Mr. William Grant* and *Mr. H. M. Jordan* for petitioner. No appearance for respondent.

---

No. 625. ARTHUR JOHN BUSTON, PETITIONER, *v.* PENNSYLVANIA RAILROAD COMPANY. March 9, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Richard C. Dale, Mr. George W. Pepper* and *Mr. Samuel Dickson* for petitioner. *Mr. John G. Johnson* and *Mr. Frank P. Prichard* for respondent.

---

No. 609. CREED AND CRIPPLE CREEK MINING AND MILLING COMPANY, PETITIONER, *v.* UINTA TUNNEL, MINING AND TRANSPORTATION COMPANY. March 16, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Charles S. Thomas, Mr. Wm. H. Bryant* and *Mr. H. H. Lee* for petitioner. *Mr. Charles J. Hughes, Jr.,* for respondent.